```
                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CREIGHTON E. MILLER              :    CONSOLIDATED UNDER
(Administrator for Estate of     :    MDL 875
Joseph F. Braun),                :
                                 :
     Plaintiffs,                 :
                                 :
     v.                          :
                                 :
MANVILLE CORPORATION ASBESTOS    :
DISEASE COMPENSATION FUND,       :
ET AL.,                          :    E.D. PA CIVIL ACTION NO.
                                 :    2:11-33896-ER
     Defendants.                 :
```

**O R D E R**

And now, this **5th** day of **January, 2017**, upon consideration of the Motion for Partial Summary Judgment of the Thompson Hine Defendants (on grounds of the lack of a statutory beneficiary) (ECF No. 43), and for the reasons provided in the attached memorandum, it is hereby **ORDERED** that the motion is **DENIED**.

**AND IT IS SO ORDERED.**

/s/ Eduardo Robreno
**EDUARDO C. ROBRENO, J.**